**ORIGINAL**

1

JOSEPH P. RUSSONIELLO (CSBN 44332)
2  United States Attorney

3  BRIAN J. STRETCH (CSBN 163973)
   Acting Chief, Criminal Division
4
   SUSAN B. GRAY (CSBN 100374)
5  Assistant United States Attorney

6  450 Golden Gate Avenue, 9ᵗʰ Floor         E-filing
   San Francisco, CA 94102
7  Telephone: 415.436.7324
   Facsimile: 415.436.6748
8  Email: susan.b.gray@usdoj.gov

9  Attorneys for United States of America

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13
   UNITED STATES OF AMERICA,           )    CV    No.
14                                      )
                     Plaintiff,         )
15                                      )
              v.                        )    COMPLAINT FOR FORFEITURE
16                                      )
   APPROXIMATELY $11,450 IN UNITED      )
17  STATES CURRENCY,                    )
                                        )
18                   Defendant.         )
                                        )
19

20
                        NATURE OF THE ACTION
21
        1.      This is a judicial forfeiture action, as authorized by 21 U.S.C. § 881(a)(6),
22
   involving the seizure of defendant Approximately $11,450 in United States Currency ("defendant
23
   $11,450") which was seized as money furnished or intended to be furnished by a person in
24
   exchange for a controlled substance, or money traceable to such an exchange, or money used or
25
   intended to be used to facilitate a violation Subchapter I, Chapter 13 of Title 21 United States
26
   Code.
27
                        JURISDICTION AND VENUE
28
        2.      This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355(a), and 21 U.S.C.

1  § 881(a)(6).

2      3.      This action is timely filed in accordance with 18 U.S.C. § 983(a)(3)(A).

3      4.      Venue in this Court is proper because defendant $11,450 was seized in the

4  Northern District of California.  28 U.S.C. §§ 1355(b) and 1395.

5      5.      Intra-district venue is proper in the Oakland Division within the

6  Northern District of California.

7                                    PARTIES

8      6.      Plaintiff is the United States of America.

9      7.      Defendant is approximately $11,450 in United States Currency.

10                                    FACTS

11     8.      On August 23, 2007, members of the Alameda County Narcotics Task Force

12  executed a duly authorized state search warrant at 956 Collins Court, Hayward, California, the

13  residence of Marcus and Lionniel Hammond.  The state search warrant also authorized the search

14  of any vehicles under Marcus Hammond's control at the time of the execution of the warrant.

15     9.      Marcus Hammond was stopped as he was leaving 956 Collins Court just prior to

16  the execution of the search warrant.  He told the officers that there was an unloaded .357

17  handgun under clothes near his bed at 956 Collins Court.

18     10.     During the execution of the search warrant officers discovered the following:

19  approximately 156 grams of base cocaine and approximately 180 grams of powder cocaine

20  packaged in small plastic baggies under a wine rack in the kitchen; an unloaded .357 handgun

21  from Lionnel and Marcus Hammond's bedroom; and a scale and materials which they knew from

22  their training and experience to be used in the packaging of illegal narcotics.  The officers also

23  seized the defendant $11,450 in United States currency from the residence from the following

24  locations: $9,750.00 in United States currency was found in a blue money bag on the east side of

25  a couch in the living room. Two grams of base cocaine were found near the $9,750.00.  An

26  additional $1,700.00 in United States Currency was found on the top of the entertainment center

27  on the south wall of the living room. A loaded .45 caliber handgun was found in a vehicle

28  registered to Marcus Hammond that was parked in the driveway of the residence.

Complaint for Forfeiture
No. 08-                              2

**1**    11.    During the search Lionnel Hammond arrived at the residence. When questioned
**2**  about the source of the approximately $11,450 in United States Currency found at the residence
**3**  Loinnel claimed the currency belonged to her and was money she had earned as a painter.
**4**  Marcus Hammond claimed that the money was his from side jobs.

**5**    12.    At the time of the search Marcus Hammond was arrested for violations of
**6**  California Health and Safety Code § 11370.1-possession of controlled substance while in
**7**  possession of a firearm, Health and Safety Code § 11351 and 11351.5-possession of cocaine and
**8**  cocaine base for sale, California Penal Code §§ 12021-felon in possession of a firearm,
**9**  California Penal Code § 12022.1-armed while in the commission of a felony and California
**10**  Penal Code § 1203.073-weight enhancement for cocaine. Marcus Hammond has a prior May 17,
**11**  2000, felony conviction for possession for sale of cocaine in violation of Health and Safety Code
**12**  § 11351.

**13**    13.    On March 12, 2008, Marcus Hammond pled no contest to possessing 57 grams or
**14**  more of cocaine base for the purposes of sale on August 23, 2007, in violation of California
**15**  Health and Safety Code § 11351.5. He also admitted that he was personally armed with a
**16**  firearm at the time of the offense. During the plea colloquy Marcus Hammond admitted that the
**17**  defendant $11,450 seized from his residence at the time of his arrest was his sole property and
**18**  his property alone. In addition, he admitted that the currency was drug proceeds. He also agreed
**19**  to withdraw all administrative claims to the defendant currency as well as any other rights or
**20**  interest he had in the currency so that the defendant currency could be forfeited to the United
**21**  States and disposed of by the United States Marshal's Service according to law.

**22**    14.    Due to the totality of the circumstances, defendant $11,450 in United States
**23**  currency was seized as money furnished or intended to be furnished by a person in exchange for
**24**  a controlled substance, or traceable to such an exchange, or money used or intended to be used to
**25**  facilitate a violation of Subchapter I, Chapter 13 of Title 21 United States Code.

**26**                                    VIOLATION

**27**    15.    The United States incorporates by reference the allegations in paragraphs one
**28**  through fourteen as though fully set forth.

Complaint for Forfeiture
No. 08-                                        3

1   through fourteen as though fully set forth.

2        16.    Section 881(a)(6) of Title 21 of the United States Code, provides for the

3   forfeiture of all money furnished or intended to be furnished by any person in exchange for a

4   controlled substance or listed chemical in violation of Subchapter I, Chapter 13 of Title 21

5   United States Code, all proceeds traceable to such an exchange and all money used or intended

6   to be used to facilitate any violation of Subchapter I, Chapter 13 of Title 21 United States Code.

7        17.    In light of the foregoing, defendant $11,450 in United States Currency is subject

8   to judicial forfeiture.

9                            *    *    *    *    *

10       WHEREFORE, plaintiff United States of America requests that due process issue to

11   enforce the forfeiture of defendant $11,450; that notice be given to all interested parties to appear

12   and show cause why forfeiture should not be decreed; that judgment of forfeiture be entered; that

13   the Court enter judgment forfeiting defendant $11,450; and that the United States be awarded

14   such other relief as may be proper and just.

15                                              Respectfully submitted,

16                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
17

18   Dated: May _l_, 2008

19                                              STEPHANIE M. HINDS
                                                Assistant United States Attorney
20

    Assigned to:
21                  AUSA Gray

22

23

24

25

26

27

28

    Complaint for Forfeiture
    No. 08-                                      4

1                                    VERIFICATION

2   I, Paul Hedquist, state as follows:

3          1.      I am a Special Agent with the United States Drug Enforcement Administration,

4   and I am the case agent for the seizure of approximately $11,450. As such, I am familiar with

5   the facts, and the investigation leading to the filing of this Complaint for Forfeiture.

6          2.      I have read the Complaint and believe the allegations contained in it to be true.

7                              *    *    *    *    *

8          I declare under penalty of perjury that the foregoing is true and correct. Executed this

9   1st  day of May, 2008, in  Oakland  , California.

10

11          _____

12                              Paul Hedquist
                               Special Agent
13                              United States Drug Enforcement Administration

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint for Forfeiture
No. 08-                                     5

E-filing

&#8594; JS 44 (Rev. 12/07) (cand rev 1-16-08)

## CIVIL COVER SHEET

*PJH*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

### I. (a) PLAINTIFFS

United States of America

### DEFENDANTS

Approximately $11,450 in United States Currency

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Susan B. Gray, AUSA
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
(415) 436-7324

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 1   U.S. Government
Plaintiff

[ ] 3   Federal Question
(U.S. Government Not a Party)

[ ] 2   U.S. Government
Defendant

[ ] 4   Diversity
(Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                         and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— | [X] 620 Other Food & Drug | [ ] 423 Withdrawal | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | Med. Malpractice | [X] 625 Drug Related Seizure | 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | Liability | [ ] 365 Personal Injury — | of Property 21 USC 881 | | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| & Enforcement of Judgment | Slander | [ ] 368 Asbestos Personal | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Injury Product | [ ] 650 Airline Regs. | [ ] 830 Patent | Corrupt Organizations |
| [ ] 152 Recovery of Defaulted | Liability | Liability | [ ] 660 Occupational | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| Student Loans | [ ] 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | [ ] 490 Cable/Sat TV |
| (Excl. Veterans) | [ ] 345 Marine Product | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment | Liability | [ ] 371 Truth in Lending | | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/ |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal | **LABOR** | [ ] 861 HIA (1395ff) | Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | Property Damage | [ ] 710 Fair Labor Standards | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge |
| [ ] 190 Other Contract | Product Liability | [ ] 385 Property Damage | Act | [ ] 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | | [ ] 892 Economic Stabilization Act |
| | | | [ ] 740 Railway Labor Act | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate | [ ] 790 Other Labor Litigation | | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Sentence | [ ] 791 Empl. Ret. Inc. | [ ] 870 Taxes (U.S. Plaintiff | [ ] 895 Freedom of Information |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ | **Habeas Corpus:** | Security Act | or Defendant) | Act |
| [ ] 240 Torts to Land | Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party | [ ] 900Appeal of Fee |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty | | 26 USC 7609 | Determination |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - | [ ] 540 Mandamus & Other | **IMMIGRATION** | | Under Equal Access |
| | Employment | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | to Justice |
| | [ ] 446 Amer. w/Disabilities - | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – | | [ ] 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | [ ] 440 Other Civil Rights | | [ ] 465 Other Immigration | | |
| | | | Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)

[X] 1 Original
Proceeding

[ ] 2 Removed from
State Court

[ ] 3 Remanded from
Appellate Court

[ ] 4 Reinstated or
Reopened

[ ] 5 Transferred from
another district
(specify)

[ ] 6 Multidistrict
Litigation

[ ] 7 Appeal to District
Judge from
Magistrate
Judgment

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 21, United States Code, Section 881(a)(6)
Brief description of cause:
Drug Related Forfeiture

### VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   [ ] Yes [X] No

### VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
"NOTICE OF RELATED CASE".

### IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

[X] SAN FRANCISCO/OAKLAND     [ ] SAN JOSE

DATE
5/2/08

SIGNATURE OF ATTORNEY OF RECORD