1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 9th floor
6      San Francisco, CA 94102
       Telephone: 415.436.7324
7      Facsimile:  415.436.6748
       Email: susan.b.gray@usdoj.gov
8
   Attorneys for United States of America
9

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 2284

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 08- |
| v. | ) | WARRANT OF ARREST OF PROPERTY *IN REM*  PJH |
| APPROXIMATELY $11,450 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

TO:   ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF DRUG ENFORCEMENT ADMINISTRATION:

YOU ARE HEREBY COMMANDED to arrest and seize the defendant currency and maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

Claimants of the above-described currency which are the subject of this action shall file their claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Ave., 16th floor, San Francisco, California 94102 and serve a copy thereof upon the United States Attorney, Attention: Susan B. Gray, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Ave., 9th floor, San Francisco, California 94102, within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for

1. Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final
2. publication of the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint
3. shall be filed and served within twenty (20) days thereafter or within such additional time as may
4. be allowed by the Court.

Dated: May 2, 2008

RICHARD W. WEIKING
United States District Clerk

By: _____MARY ANN BUCKLEY_____