**ORIGINAL**

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Avenue, 9th floor
San Francisco, CA 94102
Telephone: 415.436.7324
Facsimile: 415.436.6748
Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )  No. 08- CV 08 2284 PJH
                                 )
            Plaintiff,           )
                                 )  NOTICE OF FORFEITURE ACTION
     v.                          )
                                 )
APPROXIMATELY $11,450 IN UNITED  )
STATES CURRENCY,                 )
                                 )
            Defendant.           )
_____)

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6) was filed on May 2, 2008, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the *in rem* defendant currency.

In order to contest forfeiture of the *in rem* defendant currency, any person who asserts an interest in or right against the property, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.[1] Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule

---

[1] Please check www.forfeiture.gov for the listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

1  12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

2      An agent, bailee or attorney must state the authority to file a statement of interest or right
3  against the property on behalf of another.

4      Statements of interest and answers should be filed with the Office of the Clerk, United
5  States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor,
6  San Francisco, California 94102, and copies should be served on Susan Gray, Assistant United
7  States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 2, 2008

SUSAN B. GRAY
Assistant United States Attorney

Notice of Forfeiture Action
C 08-                                    2