1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 9th floor
6      San Francisco, CA 94102
       Telephone: 415.436.7324
7      Facsimile:  415.436.6748
       Email: susan.b.gray@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )
14                                     )        No. CV 08-2284 PJH
                     Plaintiff,        )
15                                     )
              v.                       )        CERTIFICATE OF SERVICE
16                                     )
                                       )
17 APPROXIMATELY $11,450  IN UNITED    )
   STATES CURRENCY,                    )
18                                     )
                     Defendant.        )
19 _____)

20     The undersigned hereby certifies that she is an employee in the Office of the United

21 States Attorney for the Northern District of California and is a person of such age and discretion

22 to be competent to serve papers.  The undersigned further certifies that she caused a copy of

23         1.     Government Complaint for Forfeiture;

24         2.     Notice of Forfeiture Action;

25         3.     Warrant of Arrest of Property *In Rem;*

26         4.     Order Requiring Joint Case Management Statement and Appearance at
                  Case Management Conference;
27
           5.     US District Court Rules and Guidelines;
28
           6.     ADR Dispute Resolution Procedures in the Northern District of California;

7. ECF Registration Information Handout; and

8. Notice of Availability of Magistrate Judge to Exercise Jurisdiction

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Mr. Collin Cooper, Esq  
Copper Law Office  
800 Jones Street  
Berkeley, CA 94710  
Attorney for Marcus & Lonniel Hammond

Lonniel Hammond  
Marcus Hammond  
956 Collins Court  
Hayward, CA 94544

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this __7th__ day of May, 2008, at San Francisco, California.


                                                                     /S/  
                                          CAROLYN JUSAY  
                                          Legal Assistant  
                                          Asset Forfeiture Unit