JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163937)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7324
   Facsimile: (415) 436-6748
   email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-2284 PJH |
| Plaintiff, | UNITED STATES' CASE MANAGEMENT STATEMENT AND MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |
| v. | |
| $11,450 IN UNITED STATES CURRENCY, | |
| Defendant. | |

    The United States submits this case management statement.  Although the claimants in the administrative forfeiture process appear to have been served with the forfeiture complaint in this action, neither of them has filed a claim or an answer which entitles them to appear in this case and claim defendant currency, nor have they under oath provided good cause for the Court to extend the claim/answer filing deadlines.  Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (herinafter "Supplemental Rule G").  Because no one has filed a claim or answer as required by Rule G, there is no party with whom the United States can file a joint case management statement.  For the reasons set forth below in Sections A, F and K of the case management statement, the United States also moves to continue the Case Management Conference from August 8, 2008, at 2:30 p.m. to October 31, 2008, at 2:30 p.m. or at such other time is convenient for the Court.

**A. STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION**

This is a judicial forfeiture action, as authorized by 21 U.S.C. § 881(a)(4) and (6), involving the seizure of defendant approximately $11,450 in United States Currency (hereinafter "defendant currency"), which was seized as money furnished or intended to be furnished by a person in exchange for a controlled substance, or money traceable to such an exchange, or money used or intended to be used to facilitate a violation of Subchapter I, Chapter 13 of Title 21 United States Code. The defendant currency was seized during the execution of a search warrant at the residence of Marcus and Lionnel Hammond. On March 12, 2008, Marcus Hammond was sentenced in state court on felony drug charges stemming from cocaine found during the execution of the search warrant.

During the plea colloquy in state court, Marcus Hammond admitted that the defendant currency was his sole property and did not belong to his wife. He also admitted that the defendant currency constituted drug proceeds, and he waived all rights and interest he had in the defendant currency.

His wife, Lionnel Hammond had filed an administrative claim to the defendant currency, but, to date, she has not filed a claim or answer in this action as required by Supplemental Rule G, 5(a) and (b).

The currency is in the custody of the United States Marshals Service.

**B. PRINCIPAL ISSUES**

**1. The principal factual issues that the parties dispute are:**

**2. The principal legal issues that the parties dispute are**:

No one has submitted a timely claim or answer and therefore no factual or legal issues have been joined.

**3**. **The following issues as to service of process, personal jurisdiction, subject matter jurisdiction, or venue remain unresolved.**

The civil forfeiture complaint was filed on May 2, 2008. Marcus Hammond was served on or about May 8, 2008, at the offices of his attorney Colin Cooper, Esq., 800 Jones Street, Berkeley, California via certified mail. Service was made on Lonniel Hammond on May 8, 2008, at 956

1 | Collins Court, Hayward, California, via certified mail.

**4. The following parties have not yet been served:**

See above.

**5. Any additional parties that a party intends to join are listed below:**

None.

**6. Any additional claims that a party intends to add are listed below:**

None.

**C. ALTERNATIVE DISPUTE RESOLUTION**

Not applicable at this time.

**D. CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE**

Not applicable at this time.

**E. DISCLOSURES**

Forfeiture actions are exempt from the initial disclosures required in Rule 26, Federal Rules of Civil Procedure.

**F. EARLY FILING OF MOTIONS**

The United States has spoken with Marcus Hammond's attorney, Colin Cooper, who has indicated Marcus Hammond will not be filing a claim in this action. Lionnel Hammond has not filed a claim and answer. Hence, within the next 7 days the United States intends to file a Request for the Clerk to Enter a Default Judgement. If that Request for Entry of Default is granted, the United States will file a Motion for Default Judgment as to the defendant currency.

**G. DISCOVERY**

None.

**H. PRETRIAL AND TRIAL SCHEDULE**

Not applicable at this time.

**I. DATE OF NEXT CASE MANAGEMENT/STATUS CONFERENCE**_____

//

//

UNITED STATES' CASE MANAGEMENT STATEMENT AND MOTION TO
CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
C 08-2284 PJH

3

**J. IDENTIFICATION AND SIGNATURE OF LEAD TRIAL COUNSEL**

Susan B. Gray
Assistant United States Attorney
Asset Forfeiture Unit
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
415 436 7324

No one has submitted a claim or answer for any claimant to the defendant funds.

**K. OTHER MATTERS/REQUEST TO CONTINUE**

As noted above, no one has filed a claim or answer in this case. At this point the United States intends to seek a clerk's Entry of Default, followed by a request to this Court for default judgement. Given the current posture of this case, the United States requests that the Case Management Conference currently scheduled for August 7, 2008, at 2:30 p.m. be continued to October 31, 2008, at 2:30 p.m. or such other time as is convenient for the Court.

           Respectfully submitted,

           JOSEPH P. RUSSONIELLO
           United States Attorney

Dated: 8/1/08            _____/S/_____
           SUSAN B. GRAY
           Assistant United States Attorney

## ORDER

Based upon the foregoing, and GOOD CAUSE APPEARING, the Case Management Conference in the above-entitled case is continued from August 7, 2008, to _____, 2008, at _____ p.m.

IT IS SO ORDERED.

Dated:            _____
           PHYLLIS J. HAMILTON
           United States District Judge

UNITED STATES' CASE MANAGEMENT STATEMENT AND MOTION TO
CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
C 08-2284 PJH

4

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- UNITED STATES' CASE MANAGEMENT STATEMENT AND MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

to be served this date via U.S. mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Collin Cooper, Esq  
Copper Law Office  
800 Jones Street  
Berkeley, CA 94710  
Attorney for Marcus & Lonniel Hammond

Lonniel Hammond  
Marcus Hammond  
956 Collins Court  
Hayward, CA 94544

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of August, 2008, at San Francisco, California.

/S/  
ALICIA CHIN  
Paralegal/ Asset Forfeiture Unit

Certificate of Service  
C 08-2284 PJH                                        5