JOSEPH P. RUSSONIELLO (44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163937)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7324
Facsimile: (415) 436-7234
email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 08-2284 PJH |
| ) | |
| Plaintiff, ) | UNITED STATES |
| ) | CASE MANAGEMENT |
| v. ) | STATEMENT AND MOTION TO |
| ) | CONTINUE CASE MANAGEMENT |
| $11,450 IN UNITED STATES CURRENCY, ) | CONFERENCE; [PROPOSED] |
| ) | ORDER |
| ) | |
| Defendant. ) | December 11, 2008 |
| ) | 2:30 p.m. |

The United States submits this case management statement. Although the claimants in the administrative forfeiture process appear to have been served with the forfeiture complaint in this action, neither of them has filed a claim or an answer which entitles them to appear in this case and claim defendant currency, nor have they under oath provided good cause for the Court to extend the claim/answer filing deadlines. Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereinafter "Supplemental Rule G"). Because no one has filed a claim or answer as required by Rule G, there is no party with whom the United States can file a joint case management statement. For the reasons set forth below the United States also moves to continue the Case Management Conference from December 11, 2008, at 2:30 p.m. to February 26, 2008, at 2:30 p.m. or at such other time is convenient for the Court.

**A. STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION**

This is a judicial forfeiture action, as authorized by 21 U.S.C. § 881(a)(4) and (6), involving the seizure of defendant approximately $11,450 in United States Currency (hereinafter "defendant currency"), which was seized as money furnished or intended to be furnished by a person in exchange for a controlled substance, or money traceable to such an exchange, or money used or intended to be used to facilitate a violation of Subchapter I, Chapter 13 of Title 21 United States Code. The defendant currency was seized during the execution of a search warrant at the residence of Marcus and Lionel Hammond. On March 12, 2008, Marcus Hammond was sentenced in state court on felony drug charges stemming from cocaine found during the execution of the search warrant.

During the plea colloquy in state court, Marcus Hammond admitted that the defendant currency was his sole property and did not belong to his wife. He also admitted that the defendant currency constituted drug proceeds, and he waived all rights and interest he had in the defendant currency.

His wife, Lionel Hammond, had filed an administrative claim to the defendant currency, but, to date, she has not filed a claim or answer in this action as required by Supplemental Rule G, 5(a) and (b).

The currency is in the custody of the United States Marshals Service.

**B. PRINCIPAL ISSUES**

**1. The principal factual issues that the parties dispute are:**

**2. The principal legal issues that the parties dispute are**:

No one has submitted a timely claim or answer and therefore no factual or legal issues have been joined.

**3**. **The following issues as to service of process, personal jurisdiction, subject matter jurisdiction, or venue remain unresolved.**

The civil forfeiture complaint was filed on May 2, 2008. Marcus Hammond was served on or about May 8, 2008, at the offices of his attorney Colin Cooper, Esq., 800 Jones Street, Berkeley,

California via certified mail.  Service was made on Lionnel Hammond on May 8, 2008, at 956 Collins Court, Hayward, California, via certified mail.

**4. The following parties have not yet been served:**

See above.

**5. Any additional parties that a party intends to join are listed below:**

None.

**6. Any additional claims that a party intends to add are listed below:**

None.

**C. ALTERNATIVE DISPUTE RESOLUTION**

Not applicable at this time.

**D.  CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE**

Not applicable at this time.

**E. DISCLOSURES**

Forfeiture actions are exempt from the initial disclosures required in Rule 26, Federal Rules of Civil Procedure.

**F. EARLY FILING OF MOTIONS**

The United States has spoken with Marcus Hammond's attorney, Colin Cooper, who has indicated Marcus Hammond will not be filing a claim in this action.  Lionnel Hammond has not filed a claim and answer.  On October 6, 2008,  United States filed a Request for the Clerk to Enter a Default Judgement. On October 10, 2008, the Clerk granted Entry of Default.  On November 11, 2008, the United States filed a Motion for Default Judgment as to the defendant currency.  On November 18, 2008, this Court referred the Motion for Default Judgment to Magistrate Judge Spero.  The motion is set for hearing on January 9, 2009.

**G. DISCOVERY**

None.

**H. PRETRIAL AND TRIAL SCHEDULE**

Not applicable at this time.

**I. DATE OF NEXT CASE MANAGEMENT/STATUS**

| | |
|---|---|
| 1 | CONFERENCE_____ |
| 2 | **J. IDENTIFICATION AND SIGNATURE OF LEAD TRIAL COUNSEL** |

Susan B. Gray
Assistant United States Attorney
Asset Forfeiture Unit
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
415 436 7324

No one has submitted a claim or answer for any claimant to the defendant funds.

**K.  OTHER MATTERS/REQUEST TO CONTINUE**

    Given the current posture of this case, the United States requests that the Case Management Conference currently scheduled for December 11, 2008, at 2:30 p.m. be continued to February 26, 2008, at 2:30 p.m. or such other time as is convenient for the Court. If Magistrate Judge Spero grants the Motion for Default Judgement on January 9, 2008, there will be no need for a Case Management Conference.

                                              Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

Dated: December 2, 2008

                                              Respectfully submitted,


                                          _____/S/_____
                                              Susan B. Gray
                                              Assistant United States Attorney

Based upon the foregoing, and GOOD CAUSE APPEARING, the C̶a̶s̶e̶ ̶M̶a̶n̶a̶g̶e̶m̶e̶n̶t̶ Conference in the above-entitled case is continued from December 11, 2008, to ~~February 26, 2008~~ March 19, 2009, at __2:30_____ p.m.

IT IS SO ORDERED.

    Dated:  December 5, 2009

IT IS SO ORDERED
/s/ Phyllis J. Hamilton
Judge Phyllis J. Hamilton

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- United States Case Management Statement and Motion to Continue Case Management Conference; [Proposed] Order

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Mr. Collin Cooper, Esq<br>Copper Law Office<br>800 Jones Street<br>Berkeley, CA 94710<br>Attorney for Marcus & Lonniel Hammond | Lonniel Hammond<br>Marcus Hammond<br>956 Collins Court<br>Hayward, CA 94544 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd___ day of December, 2008, at San Francisco, California.

_____/S/_____
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit