UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-2284 PJH |
| Plaintiff, | **JUDGMENT** |
| v. | |
| APPROXIMATELY $11,450 IN UNITED STATES CURRENCY, | |
| Defendant. _____/ | |

The court having granted plaintiff's motion for default judgment,

it is Ordered and Adjudged

that judgment be entered for the plaintiff against defendant in the sum of

$11,450.00, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: January 27, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge